## Anthony C. KENNEY, Appellant,

### v.

WILEY SANDERS TRUCKING COMPANY; David Nelson, Director, Appellees.

### No. 01–1758.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 30, 2001.

Decided Sept. 5, 2001.

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Anthony Kenney appeals the district court's[1] dismissal of his employment dis-

[1]. The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

crimination suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* For the reasons stated by the district court, we affirm. *See* 8th Cir. R. 47B.

A true copy.